

**YIFAT V. SCHNUR**

**YVLS LAW**

22 Prescott Street
Edison, NJ 08817
Yifat@yvlslaw.com
347.268.5347

December 10, 2025

**Via ECF**
The Honorable Carol Bagley Amon
U.S. District Court,
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Boxout v. Zupnick*, No. 1:25-cv-05855 (CBA/MMH)
**Defendants' Reaffirmation of Objections to Service of Process**

Dear Judge Amon:

We represent Defendants Joel Zupnick and Cheskel Berkowitz, who have appeared solely for the purpose of contesting service of process. We write briefly to clarify the status of Defendants' service objections following the Court's December 3, 2025, docket entry denying Plaintiff's requests for certificates of default for procedural non-compliance with Local Rule 55.1.

Although the Clerk's denial was based on Plaintiff's failure to establish service of the *requests* for default, Defendants' substantive objections to service of the summons and complaint remain unresolved and fully preserved. Each Defendant has submitted a sworn declaration contesting the factual assertions in the process server affidavits and demonstrating that neither Defendant was properly served under Fed. R. Civ. P. 4(e).

Specifically:
-   Mr. Zupnick filed a declaration (ECF No. 19-1 establishing that he relocated from the address before the purported service date and never received the documents directly or through any resident.
-   Mr. Berkowitz filed a declaration (ECF No. 19-2) establishing that he moved out months before the purported service, the premises were visibly under construction and not inhabited, and he never received any papers by posting or mailing.

Under longstanding Second Circuit authority, these sworn denials create a material dispute that must be resolved before any further request for entry of default may be granted. *Old Republic Ins. Co. v. Pac. Fin. Servs.*, 301 F.3d 54, 57 (2d Cir. 2002).

Accordingly, Defendants respectfully request that the docket continue to reflect that service is disputed, that Defendants are not in default, and that no deadline to answer or otherwise respond has begun to run unless and until valid service is effected.



We stand ready to participate in a conference or provide additional briefing on service should the Court deem it helpful.

                                           Respectfully,
                                           YVLS LAW

**By:** _____
                           Yifat V. Schnur
                           22 Prescott Street, Edison, NJ 08817
                           Telephone: (347) 268-5347
                           Email: Yifat@yvlslaw.com
                           *Counsel for Defendant Joel Zupnick*
                           *(appearing specially)*

cc:
Magistrate Judge Hummel
All Counsel of Record via ECF